United States District Court

Eastern District of California

Romenion Lamont Elder,

    Plaintiff,  No. Civ. S 03-0583 FCD PAN

  vs.  Order

T.L. Rosenkrans, et al.,

    Defendants.

-oOo-

Good cause appearing, the court hereby orders that:

1. The Clerk of Court shall return to defendants documents submitted April 16, 2004, for in camera review.

2. Defendants' April 13, 2005, request to modify the scheduling order and move for summary judgment is granted.

3. Plaintiff's opposition to summary judgment, if any, shall be filed and served within 20 days.

Dated: April 26, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge